**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JACKIE R HOLMES, JR., | : | Case No. 3:26-cv-112 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| COPELAND LP, | : | Magistrate Judge Peter B. Silvain, Jr. |
| Defendant. | : | |

**ORDER OF REFERENCE**

This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Walter H. Rice whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

August 3, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator